STATE OF CONNECTICUT *v.* ROBERTO VERGARA
(13387)

FOTI, SCHALLER and HENNESSY, Js.

Argued December 2—decision released December 20, 1994

*Suzanne Zitser,* assistant public defender, for the appellant (defendant).

*Mary H. Lesser,* assistant state's attorney, with whom, on the brief, was *Patricia A. Swords,* state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.[1]

---

[1] This appeal was taken originally to the Supreme Court. Pursuant to Practice Book § 4023, the Supreme Court transferred the appeal to this court.